**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 1:01-CR-215 |
| § | |
| KENNEDY POLIDORE § | |

### MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of Defendant's motion to clarify (#29). Judge Giblin submitted a Report and Recommendation (#30) on the motion. He recommended that the Court deny the motion to clarify for lack of jurisdiction.

The parties have not objected to Judge Giblin's report. The Court accepts his findings of fact and recommendation. The Court **ORDERS** that the Report and Recommendation on Defendant's Motion to Clarify (#30) of the United States Magistrate Judge is **ADOPTED.** Defendant's motion to clarify (#29) is accordingly **DENIED**.

SIGNED at Beaumont, Texas, this 30th day of November, 2006.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE